PM

RECEIVED

MAY 1 4 2014 MB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
6/26/2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Herbert Diggs
Plaintiff

(Enter above the full name of the plaintiff or plaintiffs in this action)

1:14-cv-03563
Judge John W. Darrah
Magistrate Judge Daniel G. Martin

vs.

Case No:____________________
(To be supplied by the Clerk of this Court)

Parthasarathi Ghosh M.D
Imhote Carter
Wexford Health Sources, Inc.
Saleh OBaisi M.D
Marcus Hardy

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

X **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

A. Name: Herbert Diggs

B. List all aliases: None

C. Prisoner identification number: B38274

D. Place of present confinement: Stateville Correctional center

E. Address: Joliet, IL 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Saleh OBaisi

Title: medical Director

Place of Employment: Stateville corr. center

B. Defendant: Parthasarathi Ghosh

Title: Former medical Director

Place of Employment: Stateville corr. center

C. Defendant: Imhote Carter

Title: Former Medical Director

Place of Employment: Stateville Corr. center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. Defendant: Marcus Hardy
title: Former warden!
Place of Employment: Stateville Corr. Center

E. Defendant wex ford Health sources Inc.
title: Private corParation Providing Health care
Place of Employment: Stateville Corr. Center

All defendants are being sued in their individual and official capacity.

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: None

B. Approximate date of filing lawsuit: None

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: None

D. List all defendants: None

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): None

F. Name of judge to whom case was assigned: None

G. Basic claim made: None

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): None

I. Approximate date of disposition: None

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) Deliberate indifferance + cruLe and unusual ~~Punishment~~ Punishment

ON 4-12-06 I torn my A.C.L, I was sent to E.R. and evaluated by Dr. Tildum. I was given a Low gallory Low bunk permit and pain pills. Approved by Dr. Ghosh ON 4-13-06 I was seen by Dr. Tildum again complaining of pain in my right knee I was given a Acc Wrap and a permit for Low bunk for 1 month. Approved by Dr. Ghosh ON-5-9-06 After complaining of pain in my Rt knee I was seen by Dr. Bizzll again who found increasing pain and Limitted motion and noted to Dr. Ghosh please evalwate Rt knee.

On 5-26-06 X rays were ordered. the results were Negative From 5-26-06 to 8-13-09 I was given pain pills and Low gallory and Low bunk permits. After complaining of pain and stiffness in my Rt knee for over two years.

on-8-13-09 I was reffered to UIC for an MRI By Dr. Ghosh. The MRI showed a complete tear of the A.C.L.

on 9-29-09 Dr. Ghosh requested a follow up after the MRI showed a complete tear of the A.C.L on that visit the ortho specialist examind my knee and recommended physical therapy to get a full range of motion before surgery. Dr. Ghosh did not give me therapy he said I would get it after surgery not before.
on 7-15-10 I went back to U.I.C and the ortho Specialist recommended physical therapy again this time Dr. Ghosh gave it to me.
on 10-12-10 I completed physical therapy and was ready for surgery with the full range of motion. I spoke to Dr. Carter about needing surgery and he Never Sent me out.
On 12-24-12 I was reffered to Dr. Hutchinson He was not currently seeing inmates, so I was reffered to Dr. Gonzalez's clinic. I spoke to a doctor about a total knee replacement there was not enough damage to the knee so he recommended the A.C.L surgery. I never went back to U.I.C again.
On 5-07-13 Dr. Obaisi was to contact a physician to perform the A.C.L surgery. I still have a torn A.C.L and I am still in pain and suffering. Plaintiff is sueing All defendants in their official and Individual capacity

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff respectfully prays that this court enter Judgment granting plaintiff: 1) Compensatory damages in the amount of ~~100~~ 70,000. dollars against each defendant, Jointly and severally. 2) Punitive damages in the amount of $ ~~50~~ 10,000. dollars against each defendant. Plaintiff's cost in this suit, Any additional relief this court deems just, proper, and equitable.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 9 day of may, 2014

Herbert Diggs
(Signature of plaintiff or plaintiffs)

Herbert Diggs
(Print name)

B 38274
(I.D. Number)

Stateville C.C.
P.O. Box 112
Joliet, IL 60434
(Address)

F133 ~~F231~~

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 5-21-12 | Offender (Please Print): Herbert Diggs | ID#: B38224

Present Facility: State Ville | Facility where grievance issue occurred: State Ville

GRIEVANCE OFFICE JUL 3 2012 M13161

GRIEVANCE OFFICE MAY 24 2012 1490

NATURE OF GRIEVANCE:

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify):
- ☐ Disciplinary Report: / / Date of Report — Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I am Grieving the following:
1. I have a torn A.C.L and I need surgey
2. No Stair housing was taken off my permitt and I Still need it
3. I am assigned to the second gallery and can't walk up and down the stairs. I am confined to my cell

Relief Requested: 1. surgey / 2. No stair housing - 3 housing on one gallery

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: Herbert Diggs | ID#: B38224 | Date: 5/21/12

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 6/9/12 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: a copy of this grievance has been forwarded to the HCU for review and response and the original grievance has been forwarded to the grievance office. There is no need to send your copy to the grievance office or the HCU. you will receive a response from the grievance office when the HCU responds to same

Print Counselor's Name: C. Atkins | Counselor's Signature: [signature] | Date of Response: 6/30/12

**EMERGENCY REVIEW**

Date Received: 5/25/12

Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature: Marcus Hardy | Date: 5/25/12

Distribution: Master File; Offender



DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

# RESPONSE TO COMMITTED PERSON'S GRIEVANCE

X-LE-07

## Grievance Officer's Report

**Date Received:** 7/3/12 **Date of Review:** 2/27/13 **Grievance #** (optional): M1361

**Committed Person:** Herbert Diggs **ID#:** B38274

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** Grievant complains that he has a torn ACL and needs surgery. He also wants a no stairs added to his permit.

Grievance Officer finds that per Medical Records grievant currently has a medical permit for low bunk/low gallery, 1 crutch, waist chain and right knee brace valid 7/20/12 through 7/31/13. Grievant is currently housed in X-LE-07 where there are no stairs. There were no notes concerning surgery.

*This Grievance Officer has no medical expertise or authority to contradict the doctor's recommendation / diagnosis.*

**Recommendation:** No action at this time as grievant appears to be receiving appropriate medical care.

Anna McBee, CCII — Anna McBee

Print Grievance Officer's Name — Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

**Date Received:** 3/1/13 ☒ I concur ☐ I do not concur ☐ Remand

**Comments:**

Michael Lemke (signature) 3/4/13

Chief Administrative Officer's Signature — Date

## Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

Committed Person's Signature — ID# — Date

**Illinois**
Department of
**Corrections**

**PAT QUINN**
Governor

**S.A. GODINEZ**
Director

**1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844**

December 23, 2013

Herbert Diggs
Register No. B38274
Stateville Correctional Center

Dear Mr. Diggs:

This is in response to your grievance received on March 21, 2013, regarding Medical (surgery for torn ACL, permit), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

Offender Diggs grieves he has a torn ACL and needs surgery. He also grieves "no stair housing" was taken off of his permit. He claims he is assigned to the second gallery and is unable to walk up and down the stairs.

The Grievance Officer's Report (M1361) and subsequent recommendation dated February 27, 2013 and approval by the Chief Administrative Officer on March 4, 2013 have been reviewed.

Medical records indicates Offender Diggs had a valid medical permit for low bunk/low gallery, 1 crutch, waist chain, and right knee brace until July 31, 2013. He was housed in X-LE-07 at the time of his grievance where there were no stairs. No medical note of surgery indicated at the time of his grievance.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied. Offender Diggs is advised to follow proper procedures to be seen via sick call for any additional medical issues.

FOR THE BOARD: Sarah Johnson
Sarah Johnson
Administrative Review Board
Office of Inmate Issues

CONCURRED: SA Godinez
S.A. Godinez
Director
TA 1/2/14

cc: Warden, Stateville Correctional Center
Herbert Diggs, Register No. B38274